# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2022-1812
LT Case No. 2020-CA-0499

_____

FIKRETA SELIMANOVIC and
IBRAHIM SELIMANOVIC,

     Appellants,

     v.

JEFFREY BRYANT ANTHONY and
JEFFREY HAMILTON ANTHONY,

     Appellees.

_____

On appeal from the Circuit Court for St. Johns County.
Lauren P. Blocker, Judge.

Andrew B. Greenlee, of Andrew B. Greenlee, P.A., Sanford, for
Appellants.

Kansas Gooden, of Boyd & Jenerette, P.A., Miami, and Lara J.
Edelstein, Boca Raton, for Appellees.

June 25, 2024

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., and WALLIS and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*